Certificate Number: 12433-NJ-DE-035949244

Bankruptcy Case Number: 16-25850



12433-NJ-DE-035949244

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2021, at 4:04 o'clock PM EDT, Tajuana Young completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 27, 2021            By:    /s/Lance Brechbill

                                   Name:  Lance Brechbill

                                   Title: Teacher