| Debtor 1 | **TAJUANA D. YOUNG** | Case number *(if known)* **16-25850** |
|---|---|---|
| | Name | |

**Fill in this information to identify the case:**

| Debtor 1 | **TAJUANA D. YOUNG** |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **16-25850** |

Form 4100N

# Notice of Final Cure Payment                                                10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** OCWEN LOAN SERVICING LLC

**Court claim no.** *(if known):* 17

**Last 4 digits** of any number you use to identify the debtor's account: 8 0 9 4

**Property Address:** 36 WINANS AVENUE
NEWARK, NJ  07108-2032

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | **Amount**
---|---
a. Allowed prepetition arrearage (or total allowed amount for a mortgage paid in full through the plan): | (a) $7,860.04
b. Prepetition arrearage paid by the trustee: | (b) $7,860.04
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) SEE REGISTRY IF APPLICABLE
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $0.00
e. Allowed postpetition arrearage: | (e) $531.00
f. Postpetition arrearage paid by the trustee: | + (f) $531.00
g. **Total.** Add lines b, d, and f. | (g) $8,391.04

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

■ Mortgage is paid directly by the debtor(s).

| Debtor 1 | TAJUANA D. YOUNG | Case number (if known) | 16-25850 |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

_____        Date  09/07/2021
Signature

Trustee     Marie-Ann Greenberg

Address    30 TWO BRIDGES ROAD
           SUITE 330
           FAIRFIELD, NJ  07004-1550

Contact phone   (973) 227-2840

| Debtor 1 | TAJUANA D. YOUNG | | Case number *(if known)* | **16-25850** |
|---|---|---|---|---|
| | Name | | | |

16-25850

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

Debtor(s):

TAJUANA D. YOUNG
36 WINANS AVENUE
NEWARK, NJ  07108

Debtor(s) Counsel:
BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083

Creditor:

ROBERTSON, ANSCHUTZ &
SCHNEID, P.L.
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL  33487

OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH, FL  33416-4605

Date:  9/7/2021

/s/  CharlesDArrigo

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550