Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 7, 2021

**Chapter 13 Case # 16-25850**

Re:   TAJUANA D. YOUNG　　　　　　　　　　　　　　Atty:   BRUCE W RADOWITZ ESQ
　　　36 WINANS AVENUE　　　　　　　　　　　　　　　　　　　RADOWITZ & ASSOCIATES
　　　NEWARK, NJ  07108　　　　　　　　　　　　　　　　　　　636 CHESTNUT ST
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNION, NJ  07083

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,918.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/02/2016 | $200.00 | 3292985000 - | 10/03/2016 | $200.00 | 3363032000 - |
| 11/03/2016 | $200.00 | 3450715000 - | 12/02/2016 | $200.00 | 3522501000 - |
| 01/04/2017 | $240.00 | 3606733000 - | 02/14/2017 | $240.00 | 3711589000 - |
| 03/06/2017 | $240.00 | 3775432000 - | 04/13/2017 | $240.00 | 3877635000 - |
| 05/22/2017 | $240.00 | 3979851000 - | 07/05/2017 | $285.00 | 4100381000 - |
| 09/11/2017 | $570.00 | 4273065000 - | 10/17/2017 | $285.00 | 4368726000 - |
| 11/09/2017 | $285.00 | 4432176000 - | 01/16/2018 | $285.00 | 4591945000 - |
| 03/16/2018 | $1,140.00 | 1645111190 | 04/13/2018 | $335.00 | 25056901822 |
| 05/22/2018 | $285.00 | 25056908032 | 06/26/2018 | $285.00 | 5018454000 |
| 07/10/2018 | $285.00 | 5062022000 | 08/27/2018 | $294.00 | 5179384000 |
| 09/17/2018 | $294.00 | 5235061000 | 10/09/2018 | $294.00 | 5296733000 |
| 11/19/2018 | $294.00 | 5400862000 | 12/17/2018 | $294.00 | 5471754000 |
| 01/14/2019 | $294.00 | 5538939000 | 02/11/2019 | $294.00 | 5612333000 |
| 03/22/2019 | $294.00 | 5720858000 | 04/15/2019 | $294.00 | 5782202000 |
| 05/20/2019 | $294.00 | 5870267000 | 06/27/2019 | $294.00 | 5968803000 |
| 07/15/2019 | $294.00 | 6014119000 | 08/19/2019 | $294.00 | 6103631000 |
| 09/26/2019 | $294.00 | 6202614000 | 10/21/2019 | $294.00 | 6264596000 |
| 11/18/2019 | $294.00 | 6336012000 | 12/18/2019 | $294.00 | 6412820000 |
| 02/03/2020 | $294.00 | 6525640000 | 02/24/2020 | $294.00 | 6578262000 |
| 03/23/2020 | $294.00 | 6653712000 | 04/27/2020 | $294.00 | 6738317000 |
| 05/18/2020 | $294.00 | 6794850000 | 06/15/2020 | $294.00 | 6863705000 |
| 07/20/2020 | $294.00 | 6948989000 | 08/17/2020 | $294.00 | 7015605000 |
| 09/24/2020 | $294.00 | 7106718000 | 10/19/2020 | $294.00 | 7165127000 |
| 11/16/2020 | $294.00 | 7232951000 | 12/14/2020 | $294.00 | 7302541000 |
| 01/13/2021 | $294.00 | 7377172000 | 02/16/2021 | $294.00 | 7452306000 |
| 03/15/2021 | $294.00 | 7521890000 | 04/19/2021 | $294.00 | 7606384000 |
| 05/24/2021 | $294.00 | 7688110000 | 06/21/2021 | $294.00 | 7753360000 |
| 07/12/2021 | $294.00 | 7802340000 | 08/09/2021 | $294.00 | 7866409000 |

**Chapter 13 Case # 16-25850**

| Total Receipts: $16,918.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $16,918.00 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 977.46 | |
| ATTY | ATTORNEY | ADMIN | 1,810.00 | 100.00% | 1,810.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | QUANTUM3 GROUP LLC | UNSECURED | 816.64 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,319.80 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 6,983.70 | * | 17.84 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 947.68 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 5,227.46 | 100.00% | 5,227.46 | |
| 0006 | CAPITAL ONE NA | UNSECURED | 893.59 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 1,718.57 | * | 0.00 | |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 691.59 | * | 0.00 | |
| 0009 | OCWEN LOAN SERVICING LLC | MORTGAGE ARRE | 7,860.04 | 100.00% | 7,860.04 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,371.08 | * | 29.05 | |
| 0011 | QVC, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 2,927.88 | * | 7.48 | |
| 0013 | TD BANK USA NA | UNSECURED | 3,306.16 | * | 8.45 | |
| 0014 | AMERICAN INFOSOURCE LP | UNSECURED | 597.66 | * | 0.00 | |
| 0015 | UNITED STATES TREASURY/IRS | UNSECURED | 6,576.70 | * | 16.80 | |
| 0016 | TOYOTA LEASE TRUST | UNSECURED | 743.18 | * | 0.00 | |
| 0017 | NAVIENT SOLUTIONS INC | UNSECURED | 22,829.20 | * | 58.32 | |
| 0018 | NAVIENT SOLUTIONS INC | UNSECURED | 29,403.35 | * | 75.12 | |
| 0019 | TOYOTA MOTOR CREDIT CORP | UNSECURED | 1,124.54 | * | 0.00 | |
| 0020 | OCWEN LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |

Total Paid: $16,619.02
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 08/16/2021 | $7.48 | 875058 | | | | |
| NAVIENT SOLUTIONS INC | | | | | | | |
| | 08/16/2021 | $58.32 | 875098 | | 08/16/2021 | $75.12 | 875098 |
| OCWEN LOAN SERVICING LLC | | | | | | | |
| | 07/17/2017 | $72.80 | 784000 | | 08/14/2017 | $268.18 | 785787 |
| | 10/16/2017 | $558.60 | 789535 | | 11/20/2017 | $268.18 | 791288 |
| | 12/18/2017 | $268.18 | 793199 | | 02/20/2018 | $268.18 | 796933 |
| | 04/16/2018 | $1,072.74 | 800625 | | 05/14/2018 | $316.91 | 802544 |
| | 06/18/2018 | $269.61 | 804476 | | 08/20/2018 | $482.27 | 808374 |
| | 08/20/2018 | $56.95 | 808374 | | 10/22/2018 | $60.24 | 812265 |
| | 10/22/2018 | $510.12 | 812265 | | 11/19/2018 | $247.96 | 814189 |
| | 11/19/2018 | $29.28 | 814189 | | 01/14/2019 | $29.28 | 818015 |
| | 01/14/2019 | $247.96 | 818015 | | 02/11/2019 | $247.96 | 819917 |
| | 02/11/2019 | $29.28 | 819917 | | 03/18/2019 | $58.56 | 821894 |
| | 03/18/2019 | $495.92 | 821894 | | 05/20/2019 | $495.92 | 825920 |
| | 05/20/2019 | $58.56 | 825920 | | 07/15/2019 | $29.81 | 829751 |
| | 07/15/2019 | $252.43 | 829751 | | 08/19/2019 | $504.86 | 831759 |
| | 08/19/2019 | $59.62 | 831759 | | 10/21/2019 | $29.81 | 835794 |
| | 10/21/2019 | $252.43 | 835794 | | 11/18/2019 | $259.00 | 837858 |
| | 11/18/2019 | $30.59 | 837858 | | 12/16/2019 | $29.43 | 839763 |

**Chapter 13 Case # 16-25850**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/16/2019 | $249.28 | 839763 | 01/13/2020 | $249.27 | 841650 |
| | 01/13/2020 | $29.44 | 841650 | 02/10/2020 | $0.15 | 843522 |
| | 02/10/2020 | $1.28 | 843522 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 08/16/2021 | $29.05 | 8002383 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 08/16/2021 | $17.84 | 8002379 | | | |
| TD BANK USA NA | | | | | | |
| | 08/16/2021 | $8.45 | 876505 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 02/10/2020 | $277.28 | 8001441 | 03/16/2020 | $278.71 | 8001481 |
| | 04/20/2020 | $278.71 | 8001529 | 05/18/2020 | $278.71 | 8001590 |
| | 06/15/2020 | $264.60 | 8001647 | 07/20/2020 | $536.55 | 8001710 |
| | 09/21/2020 | $543.90 | 8001832 | 11/16/2020 | $271.95 | 8001946 |
| | 12/21/2020 | $543.90 | 8002005 | 02/22/2021 | $543.90 | 8002118 |
| | 04/19/2021 | $543.90 | 8002224 | 06/21/2021 | $271.95 | 8002325 |
| | 07/19/2021 | $276.36 | 8002377 | 08/16/2021 | $317.04 | 8002427 |
| | 08/16/2021 | $16.80 | 8002427 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: September 07, 2021.

Receipts: $16,918.00   -   Paid to Claims: $13,831.56   -   Admin Costs Paid: $2,787.46   =   Funds on Hand: $298.98

Base Plan Amount: $16,918.00   -   Receipts: $16,918.00   =   Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.